UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO VALDEZ-CRUZ,<br><br>                         Plaintiff,<br><br>     -against-<br><br>SANDRA PEDDIE; GINA BARTON,<br><br>                         Defendants. | 23-CV-4537 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 30, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 5, 2023
             New York, New York

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge