UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO VALDEZ-CRUZ,

            Plaintiff,

-against-

SANDRA PEDDIE; GINA BARTON,

            Defendants.

23-CV-4537 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 30, 2023, the Court dismissed this action for lack of subject matter jurisdiction and granted Plaintiff 30 days' leave to file an amended complaint. Plaintiff did not submit an amended complaint, and on October 5, 2023, the Clerk of Court entered judgment. The Court is now in receipt of a letter from Plaintiff, dated October 30, 2023, and received by the Court on November 3, 2023, requesting an extension of time to file his amended complaint. (ECF 7.) He states that during the time allowed to amend his complaint, his facility, Green Haven Correctional Facility, "was on lock down for two weeks and there was no callouts in the Law Library for two weeks[.]" (*Id.*)

      The Court grants Plaintiff an additional 30 days from the date of this order to file his amended complaint.

SO ORDERED.

Dated:   November 8, 2023
                New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge